UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST GREEN** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 12-1164** |
| **HOME DEPOT, INC. ET AL** | **SECTION: G(4)** |

## ORDER

Considering the foregoing Motion for Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that plaintiff's remaining claims against all remaining defendants are dismissed with prejudice.

New Orleans, Louisiana, this  25th  day of March, 2013.

**NANNETTE JOLIVETTE BROWN**
UNITED STATES DISTRICT JUDGE